IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GREG BRADY, )<br>)<br>Defendant. ) | Case No.  4:01CR48 |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Dispositional Hearing, filing 58, now set for September 28, 2007, at 12:00 noon until a date certain in approximately two weeks.  The Court, being fully advised in the premises, and noting that the Government and the Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the dispositional hearing scheduled in this case shall be continued until the 12th day of October, 2007, at 12:30 p.m.  The defendant is ordered to appear at such time.

Dated this 25th day of September, 2007.

BY THE COURT:

_____
s/ *Richard G. Kopf*
United States District Judge