IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:01CR48 |
| vs. | |
| GREG BRADY, | ORDER TO ANSWER |
| | INTERROGATORIES |
| Defendant. | |

Pursuant to Rule 69 of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED THAT Greg Brady will answer within twenty (20) days of the date of the service of this Order each of the items contained within the sheet entitled Interrogatories Propounded by United States of America to Defendant, which accompanied the pleading entitled Motion to Compel Judgment Debtor to Answer Written Interrogatories and Memorandum in Support Thereof, mailed to defendant on February 23, 2016. A copy of this Order shall be mailed to the Defendant return receipt requested.

Dated this 29th day of February, 2016.

BY THE COURT:

s/ Richard G. Kopf
SENIOR UNITED STATES JUDGE